IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00297-LTB-MEH

STEPHEN C. PINGREE,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PITKIN OF THE STATE OF COLORADO,
DANNETTE LOGAN, and
JON PEACOCK,

    Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 23, 2015.**

    Plaintiff's Unopposed Motion to Vacate and Reset Scheduling Conference [filed April 22, 2015; docket #16] is **granted**.  The Scheduling Conference currently set for May 12, 2015, is **vacated and rescheduled** to **May 29, 2015, at 11:00 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    Additionally, counsel for the parties in this case are to hold a pre-scheduling conference meeting and jointly prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) on or before **May 8, 2015**.

    All other aspects of this Court's April 10, 2015 order remain in effect.