IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00297-LTB-MEH

STEPHEN C. PINGREE,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PITKIN OF THE STATE OF COLORADO,
DANNETTE LOGAN, and
JON PEACOCK,

    Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 18, 2015.**

    The Stipulated Motion for Entry of Protective Order [filed June 17, 2015; docket #27] is **granted**. The parties' Proposed Protective Order is accepted and filed contemporaneously with this minute order.